UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REGINALD V. BROWN and A2 SOLUTIONS,

    Plaintiff(s),

v.

SHANTE L. HENDERSON,

    Defendant(s).

NO. C0-MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed Plaintiffs' Motion: Production of Documentation [Dkt. No. 6], which the Court reviews as a motion to compel production. Motions to compel are governed by FRCP 37, which requires that any such motion be accompanied by an affidavit that the parties have conferred and attempted to resolve their discovery dispute without the intervention of the Court.

Plaintiffs' motion contains no such declaration, is submitted in violation of Rule 37 and is hereby STRICKEN. Plaintiffs are free to re-submit their motion whenever they can attain compliance with the rules of civil procedure.

Filed this 29th day of October, 2007.

                                BRUCE RIFKIN, Clerk

                                By    /s Mary Duett
                                              Deputy Clerk

MINUTE ORDER