UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A2 SOLUTIONS, INC., et al,

             Plaintiff(s),

  v.

HENDERSON,

             Defendant(s).

NO. C07-1403MJP

ORDER OF DISMISSAL

     The above-entitled Court, on February 4, 2008, issued a minute order directing the parties to file a Joint Status Report by February 14, 2008, or risk possible sanctions. Dkt. No. 15. That deadline has passed and no Joint Status Report has been filed. In view of Plaintiff's out-of-state incarcerated status, the Court does not believe that he is currently in a position to prosecute this civil lawsuit.

     IT IS ORDERED that this matter is DISMISSED without prejudice to Plaintiff's right to re-file this litigation at a later date (within the applicable statutes of limitation).

     The clerk is directed to provide copies of this order to all parties.

     Dated: February 25, 2008

Marsha J. Pechman
U.S. District Judge

**ORDER OF DISMISSAL - 1**